Steven M. JOHNSON, Appellant,

v.

Mischelle A. MESA, Respondent.

No. WD 40149.

Missouri Court of Appeals,
Western District.

July 26, 1988.

William H. Pickett, Kansas City, for appellant.

James L. Sanders, Dana M. Harris, Norman I. Reichel, Jr., Kansas City, for respondent.

Before COVINGTON, P.J., and NUGENT and GAITAN, JJ.

## ORDER

PER CURIAM.

Appeal from jury verdict for defendant in negligence action for personal injuries.
Affirmed. Rule 84.16(b).